# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-265 |
| Plaintiff, | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| ANTOINE JONES, | : | |
| Defendant. | : | |

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued upon A Supervised Release Violation Petition in the United States District Court for the Eastern District of Kentucky in Case No. 2:19-CR-033-SS-DLB-09. Defendant appeared in open Court on June 28, 2023, and was advised of his rights. On advice of counsel, Defendant waived proof that he is the person named in Supervised Release Violation Petition and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

Additionally, Defendant waived his rights to a detention hearing and a preliminary hearing in this District. Accordingly, **IT IS ORDERED** THAT THE

DEFENDANT APPEAR IN THE United States District Court for the Eastern District of Kentucky, for any further proceedings, as ordered by that court.

Pending hearings in the United States District Court for the Eastern District of Kentucky, Defendant is remanded to the custody of the United States Marshal.

June 28, 2023                          *s/Peter B. Silvain, Jr.*
                                                         Peter B. Silvain, Jr.
                                                         United States Magistrate Judge