IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No.   3:23CR00111 |
| ) | |
| ) | |
| ANTOINE JONES | |

### ORDER DISMISSING PETITION

Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered the Petition filed on March 20, 2024, be dismissed.

Dated this 26th day of June, 2024

_____

The Honorable Michael J. Newman
United States District Judge